IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR385 |
| | ) | |
| v. | ) | |
| | ) | |
| TYE ROOT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the request for CD/transcript by a non-party (Filing No. 62). The Court notes the requesting party will be responsible for all charges connected with the preparation of the transcript and should contact the Court Reporter, Rogene Schroder, (402) 661-7383, to determine the cost of said transcript. Accordingly,

IT IS ORDERED that the request for transcript by a non-party is granted.

DATED this 27th day of May, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court